# Third District Court of Appeal

## State of Florida

Opinion filed April 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0639
Lower Tribunal No. 21-17485 CC
_____

**Miami Mold & Water Solutions, a/a/o Eugenia Santana**,
Appellant,

vs.

**Citizens Property Insurance Corporation**,
Appellee.

An Appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

Font & Nelson, PLLC, and Jose P. Font, and Malcolm R. Pedraza (Ft. Lauderdale), for appellant.

Luks, Santaniello, Petrillo, Cohen & Peterfriend, and Daniel S. Weinger (Ft. Lauderdale), for appellee.

Before EMAS, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Adjei v. First Cmty. Ins. Co.</u>, 352 So. 3d 900 (Fla. 3d DCA 2022).